Wendy Medura Krincek
Nevada State Bar No. 6417
Kelsey E. Stegall
Nevada State Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Email: wkrincek@littler.com
Email: kstegall@littler.com

Attorneys for Defendant
TRADER JOE'S COMPANY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MAURICE, an individual, | Case No. 2:23-cv-00132-JCM-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| TRADER JOE'S COMPANY, a foreign corporation; DOES I - X; ROE CORPORATIONS I - X, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff AMANDA MAURICE, ("Plaintiff"), by and through her attorneys of record, Jenny L. Foley, Esq., of HKM Employment Attorneys and Defendant TRADER JOE'S COMPANY ("Trader Joe's"), by and through its attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Trader Joe's to file a responsive pleading to Plaintiff's Complaint from the current deadline of February 21, 2023, up to and including **March 7, 2023.**

This extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint, to investigate the facts of this matter, and to prepare

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2:23-CV-00132-JCM-BNW

a responsive pleading. This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 17, 2023

Respectfully submitted,

/s/ Jenny Foley
JENNY FOLEY, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorneys for Plaintiff
AMANDA MAURICE

Dated: February 17, 2023

Respectfully submitted,

WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRADER JOE'S COMPANY

## ORDER
**IT IS SO ORDERED**

**DATED:** 11:15 am, February 21, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
Attorneys at Law
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

2:23-CV-00132-JCM-BNW