JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
E-mail: marata@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MAURICE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRADER JOE'S COMPANY, a foreign corporation; DOES I - X; ROE CORPORATIONS I - X,<br><br>Defendants. | CASE NO.: 2:23-cv-00132-JCM-BNW<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING REGARDING DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT [ECF 10]<br><br>(First Request) |

Plaintiff Amanda Maurice ("Plaintiff"), and Defendant Trader Joe's Company ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

1. On March 7, 2023, Defendant filed its Motion to Partially Dismiss Plaintiff's Complaint ("Motion"). [ECF 10].

2. Plaintiff's response to Defendant's Motion is currently due to be filed by March 21, 2023.

3. The parties hereby stipulate and agree Plaintiff shall have until April 4, 2023, to file her response to Defendant's Motion.

4. The parties further stipulate and agree Defendant shall have until April 18, 2023, to file its reply in support of the Motion.

///

Page **1** of **2**

5. This is the first request for an extension of these deadlines and is not made for purposes of undue delay.

Dated: March 17, 2023.

| HKM EMPLOYMENT ATTORNEYS, LLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ *Michael Arata* | /s/ *Kelsey Stegall* |
| **JENNY L. FOLEY, Ph.D., ESQ.** | **WENDY MEDURA KRINCEK, ESQ.** |
| Nevada Bar No. 9017 | Nevada Bar No. 6417 |
| E-mail: jfoley@hkm.com | E-Mail: wkrincek@littler.com |
| **MICHAEL ARATA, ESQ.** | **KELSEY E. STEGALL, ESQ.** |
| Nevada Bar No. 11902 | Nevada Bar No. 14279 |
| E-mail: marata@hkm.com | E-Mail: kstegall@littler.com |
| 101 Convention Center Drive, Suite 600 | 3960 Howard Hughes Parkway, Suite 300 |
| Las Vegas, Nevada 89109 | Las Vegas, Nevada 89169 |
| Tel: (702) 805-8340 | Telephone: (702) 862-8800 |
| Fax: (702) 805-8340 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:23-cv-00132-JCM-BNW

DATED: March 20, 2023
_____