JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
E-mail: marata@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MAURICE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRADER JOE'S COMPANY, a foreign corporation; DOES I - X; ROE CORPORATIONS I - X,<br><br>Defendants. | CASE NO.: 2:23-cv-00132-JCM-BNW<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING REGARDING DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT [ECF 10]<br><br>(Second Request) |

Plaintiff Amanda Maurice ("Plaintiff"), and Defendant Trader Joe's Company ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

1. On March 7, 2023, Defendant filed its Motion to Partially Dismiss Plaintiff's Complaint ("Motion"). [ECF 10].

2. On March 20, 2023, this Court approved the parties' stipulation to continue the briefing on Plaintiff's Motion by approximately two weeks. [ECF 13].

3. Plaintiff's response to Defendant's Motion is currently due to be filed by April 4, 2023.

4. Defendant's reply in support of its Motion is currently due to be filed by April 18, 2023.

5. The parties request these deadlines be continued an additional two weeks to allow for Plaintiff's lead counsel Jenny L. Foley, Ph.D., Esq.'s resignation from HKM Employment Attorneys LLP and possible substitution of counsel.

6. The parties hereby stipulate and agree Plaintiff shall have until April 18, 2023, to file her response to Defendant's Motion.

7. The parties further stipulate and agree Defendant shall have until May 2, 2023, to file its reply in support of the Motion.

8. This is the second request for an extension of these deadlines and is not made for purposes of undue delay.

Dated: April 4, 2023.

| HKM EMPLOYMENT ATTORNEYS, LLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ *Michael Arata* | /s/ *Kelsey Stegall* |
| JENNY L. FOLEY, Ph.D., ESQ. | WENDY MEDURA KRINCEK, ESQ. |
| Nevada Bar No. 9017 | Nevada Bar No. 6417 |
| E-mail: jfoley@hkm.com | E-Mail: wkrincek@littler.com |
| MICHAEL ARATA, ESQ. | KELSEY E. STEGALL, ESQ. |
| Nevada Bar No. 11902 | Nevada Bar No. 14279 |
| E-mail: marata@hkm.com | E-Mail: kstegall@littler.com |
| 101 Convention Center Drive, Suite 600 | 3960 Howard Hughes Parkway, Suite 300 |
| Las Vegas, Nevada 89109 | Las Vegas, Nevada 89169 |
| Tel: (702) 805-8340 | Telephone: (702) 862-8800 |
| Fax: (702) 805-8340 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:23-cv-00132-JCM-BNW

DATED: April 4, 2023
_____